**No. 10-5150. Francisco Kelly-Palmer, Petitioner v. United States.**

562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 6929.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 941.